**FILED**

JAN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMPLIANT

Troy B Jenkins
1409 Lenevar Drive West
Charleston South Carolina 29407-5118
843 571-2792
843 364-9351

Case: 1:08-cv-00057
Assigned To : Urbina, Ricardo M.
Assign. Date : 1/11/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

V

Navy-Marine Corps Court of Criminal Appeals
Government Appellate Review Activity Code 46
716 Sicard Street Ste. 1000
Washington Navy Yard DC 20374-5047

# COMPLAINT

On 29 November 2000 I was found guilty of rape, forcible sodomy, and indecent act at a general court-martial.

The court martial was held on the Puget Sound Naval Shipyard under the auspice of the Commander Navy Region Northwest 1103 Hunley Road Silverdale Washington 98315-1103. The general court-martial was tried at the Naval Legal Service Office Northwest Naval Station, Bremerton Washington.

The facts of the case are:
1. I was the alleged accessory to rape, forcible sodomy, and indecent acts on 5 August 2000 at Haven Court Jackson Park Military Housing.
2. On Friday night at approximately 145am I was driving back to the alleged suspects' apartment in base housing from a nightclub in downtown Bremerton. On the way to Metcalf's apartment in base housing I pulled into Denny's parking lot on Kitsap Highway to use the toilet. When I pulled into the parking lot a white lady dressed in white thigh high shorts, pink tank top, and black leather jacket was getting into a green Datsun Hatchback with four white men. She made eye contact with me prior to getting into the car and I said, hey. The lady did not enter the car with the white men and proceeded to my car, a White Peugeot sedan. The lady walked to the drivers' window and said," get me out of here, take me anywhere."
3. Then she placed her arm inside of my car unlocked the back door and sat in the back seat.
4. Metcalf then jumped from the passenger's seat into the back seat and began taking to the lady. (On Thursday night 4 August 2000 Metcalf took me to his friends' house in West Park Apartments directly in front of Denny's. The lady he visited named Michele is a white lady with blond hair and the same height as the lady who got into the car on the 5th of August 2000. I reasoned to myself that this is Michele the lady whom Metcalf had sex with on Thursday evening. Michele saw my car on Thursday evening and therefore she knew who was driving the car.)
5. Metcalf and the women, whom I assumed was Michele, spoke softly in the back seat I could not hear what was being said.
6. When we arrived at the apartment on Haven Court the lady got out of the car, walked up the steps and followed Metcalf into his bedroom.

- On 30 January 2003 the Navy-Marine Corps Court of Criminal Appeals set aside Charge III Indecent Acts

On 15 November 2005 the Navy-Marine Corps Court of Criminal Appeals set aside Forcible Sodomy contrary to my plea of guilty.

7. At no time during the evening in question did I witness any acts of violence committed by Mark Metcalf on the alleged victim Shauna Renee Drew [CHAUNA (BP)] who I believed to be **Michele Mark Metcalf's friend/sex partner from the previous evening 4 August 2000.**
8. I heard the sounds of sexual intercourse coming from the bedroom and I went into the bedroom. I saw the women allow Metcalf to ejaculate into her face and mouth. Metcalf stood up and said to me, "go ahead."
9. I put on a condom prior to going into the room and I walked over to the lady. I said to her, "you are a lady." And I wiped the semen off of her face. She then lay prone on a mattress I laid on top of her, but I do not recall penetrating her.
10. The lady asked me to get her some water. I went to the kitchen to get her some water. On my way to the kitchen, I heard rapid foot steps coming from the bedroom. Then Metcalf came hurriedly, from the direction of the bedroom and said, "That girl jumped out of the window."

[CHAUNA (BP)]

When ~~Shauna~~ Renee Drew arrived at the Harbor view Medical Center in downtown Seattle she was interviewed by Nurse Nancy Sprago regarding a sexual assault. At approximately, 5 am Chauna Renee Drew stated that she was not the victim of a sexual assault. She did not want anyone notified.

While Chauna Renee Drew was in Seattle at Harbor View Medical Center, Jackson Park DOD Police was investigating the events of the evening of 5 August 2000. Mark Metcalf decided not to make a statement at that time and either the medical center contacted Jackson Park DOD police or Jackson Park DOD police Lt. Widmer contacted Harbor View Medical Center regarding any statement that Chauna Renee Drew had made. Nurse Nancy Sprago stated that Chauna Renee Drew said she was not the victim of a sexual assault. The crime scene was closed and the evidence thrown into green garbage can in the car port.

One hour later Chauna Renee Drew changed her story and said that she was the victim of a sexual assault by two black men. Chauna Renee Drew stated that she met the two men at BP gas station in Silverdale and that the car the two were driving was grey.

The crime scene was re-opened by NCIS Special Agents Mark Franco and Gary Ross. The two special agents retrieved the contaminated condoms from the green garbage can in the car port. The agent took Mark Metcalf to the NCIS building for an interview. At that time Mark Metcalf stated that Terrence Jenkins had sex with the girl first in Mark Metcalf's bedroom and then he had sex with the girl and Jenkins got mad and threw the girl out of the window and then left his apartment.

On 6 August 2000 I saw Mark Metcalf coming from the direction of the USS Rainier AOE 7 which was moored at Puget Sound Shipyard dry dock area.
He told me that "they are looking for you," So, I said, "Who is looking for me?"
He said, "They said for me not to talk to you."
Later that afternoon I went to the Navy Legal Office on base, but the office was closed because it was Sunday.
I went to the base police and NCIS agents Mark Franco and Gary Ross were called to pick me up from the base police station.
When I got to the NCIS office I asked to speak to an attorney four times prior to making a coerced statement. Mark Franco said, "That is your right and we respect that, but now is your chance to clear your name. Why don't you wait in the lobby, look at some of the magazines, and then we can talk again."
When I returned I asked if I would be able to stay in the Navy. And Mark Franco said, "Captain Card would have to make the decision as to whether he is going to prosecute this case. However, we have spoken with him and ENS Argellander and they both have said you are a good man and you "shoot straight from the hip."
I said, "That is the truth and I know they would say something like that, but I want to talk to an attorney."
Gary Ross said, "Look we already know what happened so start from Denny's Parking lot.

I request a trial by jury because I did not have a trial by jury.
What I had was a sentencing in which I entered spilt pleas.
The second reason why I want a trial by jury is two of the three charges, one in which I plead guilty to has been dismissed by the same appellate court that approved the findings of guilty for Forcible Sodomy.
The third reason why I want a trial by jury is contaminated evidence was falsified by the Fort Gillem Georgia Criminal Investigation Laboratory. Although, this information was not used in the case because the DNA/Serology report was not completed until 12 December 2000 I told my military attorney Talley Elizabeth McIntyre to get this information. DNA is ubiquitously used in determining guilt and innocence of the accused in sexual assault cases. My military attorney, Talley Elizabeth McIntyre refused to get this information. She constantly, stated that my statement has already convicted me. I told her to suppress my statement and she said that she could not suppress my statement. Griswold v Connecticut is used to suppress statement. (Metcalf made three sworn statements the final statement is a recant of the previous two statements and he had his statements suppressed.)
The fourth reason I want a trial by jury is that I did not receive due process of law. I was found guilty with doubt. My general court-martial lasted 8 hours and my appellate review took 7 years to adjudicate. That alone makes absolutely no sense whatsoever. I made one statement and the alleged suspect and victim made 7 statements collectively.
The fifth reason I want a trial by jury is I was wrongfully incarcerated for a crime that I did not commit. I went to prison because of Ineffective Assistance of Counsel. Adequate representation is guaranteed in the 6th Amendment to the Constitution. Neither was my 5th Amendment to the Constitution protected I was a witness against myself. In spite of pleading guilty, the alleged victim was given an opportunity to testify against me as a supplement to my improvident guilty plea.

For all of this injustice, I want all back pay and allowances and I want general damages in the amount of 250 million dollars.

# RELIEF

## TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I respectfully request that the United States District Court for the District of Columbia grant a review of this pro se litigants' case.
I want the complaint reviewed by the court and grant Petition Under 28 U.S.C. Motion 2254 Relief from Conviction in Troy B Jenkins v. Navy-Marine Corps Court of Criminal Appeals Government Appellate Review Activity Code 46
I want the United State District Court for the District of Columbia to hold an En Banc hearing on this case.
Should the honorable judges have awesome plenary power to dismiss the conviction without a trial and grant the requested monetary damages that will surfeit?

*Troy B Jenkins*
Troy B Jenkins
1409 Lenevar Drive West
Charleston South Carolina 29407-5118

JS-44
(Rev.1/05 DC)

0757
RMU

**I (a) PLAINTIFFS** Troy B Jenkins

**DEFENDANTS** Navy Marines Corps Government Appellate Defense Review Activity Code 46

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Charleston
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
1409 Lenevar Dr. West
Charleston, S.C. 29407 (843.571.2729)
NA Pro Se Litigant

Case: 1:08-cv-00057
Assigned To : Urbina, Ricardo M.
Assign. Date : 1/11/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A.** *Antitrust*
- ☐ 410 Antitrust

☐ **B.** *Personal Injury/ Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E.** *General Civil (Other)* OR ☒ **F.** *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☒ 510 Motion/Vacate Sentence | ☐ H: *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 250 Million   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** N.F.   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE January 11, 2008   SIGNATURE OF ATTORNEY OF RECORD   Troy B Jenkins Pro Se Litigant

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

N:\forms\js-44.wpd