United States District Court
For The District of Columbia


Troy B Jenkins

                                        ) Case: 1:08-cv-00057
                                        ) Assigned To: Urbina, Ricardo M.
v.                                    ) Assign. Date: 1/11/2008
                                        )Description: Civil Rights-Non-Employ

Navy-Marine Corps Court of
Criminal Appeals


Plaintiff Motion for Appointment of Counsel


I wish to proceed in forma pauperis although; I have paid the filing fee of 350 dollars. I am not gainfully employed and I can not borrow any money to retain an attorney. I am requesting that the judge appoint counsel for me from the Court's Civil Pro Bono Panel. I will also need the Court to serve the defendants with the summons and complaint.
In accordance with Local Civil Rule 83.11 I am entitled to representation due to the complex nature of this action simply because I have no legal training.
My case has merit because of this wrongful conviction is hindering me from obtaining gainful employment. I have enclosed three rejection letters from local companies that have recused employment offers, in spite of my qualifications because I am a registered sex offender. I have contacted the Human Rights Commission for the state of South Carolina and I have been told that South Carolina is a free-will state. The South Carolina Human Rights commission also stated that sex offenders are not in a protected category; therefore I have no legal right to file a complaint in the courts.
I can not afford any attorney because my monthly net income is less than 600 dollars. The 7th amendment guarantees the right of trial by jury where the value in controversy exceeds twenty dollars. In the 6th amendment to the constitution provides for jury trials in criminal cases and to have the assistance of counsel for his/her defense. This is not a criminal trial but I am requesting a trial by jury, the amount exceeds twenty dollars, I am neither a barrister nor an experience litigator, and the litigation deal with the action of a criminal court. So, therefore I believe that it is in the interest of justice to have counsel appointed to this case from the Court's Civil Pro Bono Panel.

RECEIVED
JAN 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*Troy B Jenkins* (signature)

Troy B Jenkins
1409 Lenevar Drive West
Charleston South Carolina 29407-5118

Certificate of Service

I hereby certify that on 24 January 2008 a copy of my Motion for Appointment of Counsel was mailed to all defendants at the following addresses
US Attorney General D.O.J. 950 Pennsylvania Ave NW Washington DC 20530

US Attorney 555 4th St. NW Washington DC 20001

Navy-Marine Corps Court of Criminal Appeals
Government Appellate Review Activity Code 46
716 Sicard Street Ste. 1000
Washington Navy Yard DC 20374-5047



Vought Aircraft Industries, Inc.
3455 Airframe Drive, Building 100
North Charleston, SC 29418

October 31, 2007

Troy Jenkins
1409 Lenevar Dr West
Charleston, SC 29407

Dear Troy,

Thank you for your interest in Vought Aircraft, unfortunately at this time we have chosen another candidate to fill the open position.
Thank you again for your interest in Vought and good luck in your future endeavors.

Sincerely,

*KMBy* (signature)

K.M.Bisignano
Human Resources, Vought Aircraft Industries

Eagan, McAllister Associates, Inc.
4854 O'Hear Avenue
P.O. Box 5349
North Charleston, South Carolina 29405
(843) 554-4304

November 6, 2007

Troy Jenkins
1409 Lenevar Dr., West
Charleston, SC  29407

Dear Mr. Jenkins,

Thank you for your interest in employment with Eagan, McAllister Associates, Inc. (EMA). We appreciate your recent visit to interview with our company.

This is to advise you that another candidate was selected for the position. We will keep your resume / application on file for future reference. Should a suitable position become available in the near future, we will contact you to determine your interest.

Thank you again for visiting EMA. We appreciate your interest and extend best wishes to you. If you have any further questions, please contact our HR Department/Representative, Mattie Mitchell.

Sincerely,

Marcia Saari
Human Resource Department

**STATE OF SOUTH CAROLINA**

# HUMAN AFFAIRS COMMISSION

2611 Forest Drive, Suite 200, Post Office Box 4490
Columbia, South Carolina 29240
(803) 737-7800  FAX (803) 253-4191

Jesse Washington, Jr.
Commissioner

Telephone Device for the Deaf
(TDD) (803) 253-4125
To file complaints dial (803) 737-7800
or 1-800-521-0725 (In-State-Only)

November 1, 2007

Troy Jenkins
409 Lenevar Dr w
Charleston, SC  29407 5118
843 571 2797 or 843 364 9351

INTAKE NUMBER: _____ (for internal use only)

TELEPHONE NUMBER

  CP Phone No.  –  803  635  7097
.........................

Dear Sir/Madam:

The laws governed by this Agency make it unlawful to discriminate against a person because of race, color, religion, age (40 and above), sex, national origin, or disability. If you believe you were treated differently because of one of these reasons, please complete and return the enclosed INITIAL INQUIRY QUESTIONNAIRE and any other relevant information to the Commission within ten (10) days.

Upon receipt of your completed questionnaire, a staff person will be assigned to assist you. We will make NO CONTACT with the party your complaint is against at this time. Contact with the other party will be made ONLY if we prepare a formal complaint, which you would be required to sign and have notarized. Normal turnaround time for preparing a formal complaint is within a range of 90 days or less.

If you have any questions, please feel free to call us at (803) 737-7800 or 1-800-521-0725.

Sincerely,


John D.R. Jones, Director
Intake & Referral Division

ENCLOSURE

14C_SHAC NO 2-027_DOC.doc
pip

EMPLOYMENT or NONEMPLOYMENT

| | | |
|---|---|---|
| **U.S. Department of Homeland Security**<br>**United States Coast Guard** | Commander<br>U. S. Coast Guard Sector<br>Regional Examination Center | 196 Tradd Street<br>Charleston, SC 29401-1800<br>Phone: (843) 720-3257<br>FAX:   (843) 720-3259 |

16721
26 October 2007

Mr. Troy B. Jenkins
1409 Lenevar Drive, West
Charleston, SC 29407

Dear Mr. Jenkins:

I have carefully reviewed your application for a renewal of your expired U. S. Merchant Mariner's Document and regretfully must deny your application. A security and safety screening conducted by the National Maritime Center reveals you have the following convictions on record:

1. 05/15/1999 – Driving Under the Influence

2. 11/29/2000 – Rape

As a result of the 11/29/2000 conviction by a general court-martial while serving in the U.S. Navy you were sentenced to confinement and a dishonorable discharge. You were released from the U.S. Naval Consolidated Brig in Charleston South Carolina on 04/29/2007.

Title 46 Code of Federal Regulations (CFR) Part 12.02-4(c) allows the Officer in Charge of Marine Inspection (OCMI) to conduct a criminal record review and a safety and security check for applicants applying for U. S. Merchant Mariner Documents. 46 CFR Part 12.02-4(c)(1)(i) allows the OCMI to disapprove any application if the determination is made that the applicant is not a safe and suitable person or cannot be entrusted with the duties and responsibilities for the credential.

For applicants with criminal convictions, Title 46 Code of Federal Regulations Table 12.02-4(c) may be used in determining minimum and maximum assessment periods when considering a mariner's eligibility to hold a U. S. Merchant Mariner's Document. Assessment periods are minimum and maximum periods of time over which the Officer in Charge of Marine Inspection will consider convictions in the evaluation of an applicant. The assessment period normally commences when an applicant is convicted or is no longer incarcerated and may also include supervised or unsupervised probation or parole.

Based on your conviction record and your safety and security screening results, the OCMI considers a minimum assessment period of at least five years since your release from confinement as an appropriate period of time for you to demonstrate that you have changed your habits of life and can be entrusted with the duties and responsibilities of the credential for which application was made. Therefore, I do not find you eligible, insofar as character is concerned, until at least five years have elapsed since 04/29/2007, which makes you eligible to reapply on or after 04/29/2012. On or after this date, you may submit a new application and supporting documentation for review and consideration.

16721
26 October 2007

A refund of the $45 issuance fee you paid for your credential is being processed and will be mailed to you under separate cover by the U. S. Coast Guard Finance Center. If you do not receive the refund in a couple of months, please let me know so that I may check on the status.

Should you feel aggrieved by my decision, you may request reconsideration by the Officer in Charge of Marine Inspection (OCMI) and then make a formal appeal of his decision to the District Commander. Your request for reconsideration by the OCMI must be made in writing to me within thirty days of your receipt of this letter. Copies of the aforementioned regulations and those pertaining to appeals are enclosed for your information. If you have any questions, please do not hesitate to contact me at 843 720-3257

Sincerely,

D. F. MYERS
Chief, Regional Examination Center
U. S. Coast Guard
By direction of the
Officer in Charge, Marine Inspection

Encl:   (1) Copy of 46 CFR Part 12.02-4
        (2) Copy of Rights of Appeal, 46 CFR Part 1.03

OCMI

720    BARBARA
3256

2