UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Troy B. Jenkins ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00057(RMU) |
| ) | ECF |
| navy-Marine Corps of Criminal Appeals ) | |
| ) | |
| ) | |
| Defendant ) | |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

     I hereby certify that on this 17th day of March I caused the foregoing Notice to be served on Plaintiff, **Troy B. Jenkins ,** via first class mail, postage prepaid addressed as follows:

Troy B. Jenkins
1409 Lenevar Drive West
Charleston, South Carolina 29407

                                                __/s/_____
                                                Raymond A. Martinez
                                                Special Assistant United States Attorney
                                                555 4th Street, NW
                                                Washington, DC 20530
                                                (202) 514-9150