# UNITED STATES DISTRICT COURT

District of  COLUMBIA

TROY JENKINS
Plaintiff

V.

NAVY MARINE COURT
OF CRIMINAL APPEALS
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-57 (RMU)

I, Troy B Jenkins _____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? _____ Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends              ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
   d. Disability or workers compensation payments       ☐ Yes     ☒ No
   e. Gifts or inheritances                             ☐ Yes     ☒ No
   f. Any other sources                                 ☐ Yes     ☒ No

RECEIVED
MAR - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Received
Mail Room

2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia Circuit

4. Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount.  SEE ATTACHED

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A        NONE

declare under penalty of perjury that the above information is true and correct.

4 March 08                    _Lnuy B Jenkins_
_____                _____
    Date                       Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, risoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |



**NAVY FEDERAL Credit Union**
Web site: www.navyfcu.org

## STATEMENT OF ACCOUNT



Page 1 of 5
ACCESS NUMBER
STATEMENT PERIOD
From 01-26-08
Through 02-25-08



'L 030245

#BWNLLSV
#000000P2V8VXP3B9#000FME002

TROY BASILIO JENKINS
1409 W LENEVAR DR
CHARLESTON SC 29407-5118

**Make filing your 2007 taxes less taxing.**
Get tax filing tips, step-by-step guidance and have your refund sent directly to your Navy Federal account. Just provide the IRS with our Routing/Transit number 2560-7497-4 and your 10-digit account number. For more information, visit **navyfederal.org/tc/**

**Notice:** Effective 4 April 2008, Visa® Check Card or CUCARD® transactions made in foreign countries and in U.S. dollars will be charged a Visa International Service Assessment Fee of 0.8% of the transaction amount. This fee will be reflected separately from the transaction amount on your statement of account. Transactions originating on U.S. military bases, embassies, consulates and territories are excluded.

### Membership Share Savings-

Joint Owner(s) -- NONE

| DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 01-26 | BEGINNING BALANCE | | 26.34 |
| 01-28 | DEPOSIT 01-26-08 FC58 CHARLESTON, S.C. | 135.72 | 162.06 |
| 01-28 | WITHDRAWAL BY CASH 01-26-08 FC58 CHARLESTON, S.C. | 20.00- | 142.06 |
| 01-30 | WITHDRAWAL BY CASH 01-29-08 FC58 CHARLESTON, S.C. | 40.00- | 102.06 |
| 01-31 | DEPOSIT 01-30-08 FC58 CHARLESTON, S.C. | 29.56 | 131.62 |
| 01-31 | DIVIDEND | 0.05 | 131.67 |
| 02-08 | WITHDRAWAL BY CASH 02-07-08 | 20.00- | 111.67 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

TROY BASILIO JENKINS

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

### DEPOSIT VOUCHER
(FOR MAIL USE ONLY  DO NOT SEND CASH THROUGH THE MAIL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| | Share Savings | |
| | Sharechek | |
| | | |
| | | |
| | TOTAL | |

4052478786003247878670600000000000000000000000000000009



# STATEMENT OF ACCOUNT

TROY BASILIO JENKINS

(Continued from previous page)

## EveryDay Checking Account-

Joint Owner--NONE

| Date | Description | Amount | Balance |
|---|---|---|---|
| 02-08 | PAID TO - CUNA MUTUAL AD&D PREM 020808 | 36.00- | 293.11 |
| 02-19 | DEPOSIT 02-16-08 FC58 CHARLESTON, S.C. | 130.00 | 423.11 |
| 02-19 | ATM WITHDRAWAL 02-15-08 FC58 CHARLESTON, S.C. | 60.00- | 363.11 |
| 02-20 | ATM WITHDRAWAL 02-19-08 FC58 CHARLESTON, S.C. | 200.00- | 163.11 |
| 02-20 | TRANSFER TO LOAN | 100.00- | 63.11 |
| 02-22 | ATM WITHDRAWAL 02-21-08 FC58 CHARLESTON, S.C. | 40.00- | 23.11 |
| 02-25 | DEPOSIT 02-22-08 FC58 CHARLESTON, S.C. | 142.49 | 165.60 |
| 02-25 | ATM WITHDRAWAL 02-22-08 FC58 CHARLESTON, S.C. | 20.00- | 145.60 |
| 02-25 | ATM WITHDRAWAL 02-25-08 FC58 CHARLESTON, S.C. | 140.00- | 5.60 |
| 02-25 | ENDING BALANCE | | 5.60 |

Average Daily Balance - Current Cycle: $157.06

Your account earned $0.01, with an annual percentage yield earned of 0.50%, for the dividend period from 01-01-2008 through 01-31-2008

### Checks Paid

| Type | Amount | Date | Type | Amount | Date |
|---|---|---|---|---|---|
| ACH | 36.00 | 02-08-08 | ATM | 40.00 | 02-22-08 |
| ATM | 60.00 | 02-19-08 | ATM | 20.00 | 02-25-08 |
| ATM | 200.00 | 02-20-08 | ATM | 140.00 | 02-25-08 |

---

## CHANGE OF ADDRESS
PLEASE PRINT USE BLUE OR BLACK BALL POINT PEN

| RANK/RATE | NAME (FIRST) | MI | LAST | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| | | | | |

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |
|---|---|---|---|

SIGNATURE OF NFCU MEMBER OR JOINT OWNER

CHANGE OF ADDRESS
- [ ] YES
- [ ] NO   IF JOINT ACCOUNT, DOES THIS APPLY TO JOINT OWNER(S)?

DAYTIME TELEPHONE NUMBER
( )

EFFECTIVE DATE (MO., DAY, YR.)

**NAVY FEDERAL Credit Union**
Web site www.navyfcu.org

STATEMENT OF ACCOUNT



From 01-26-08
Through 02-25-08

TROY BASILIO JENKINS

### Consumer Loan Account(s)

Consumer Loan Account--  Monthly Payment $99.25   APR 8.500%

| Date | Description | Amount | Finance Charge | Other Charge | Principal | Balance |
|---|---|---|---|---|---|---|
| 01-26 | BEGINNING BALANCE | | | | | 4,171.35 |
| 02-20 | TRANSFER PYMT | 100.00 | 32.93 | 3.34 | 63.73 | 4,107.62 |
| 02-25 | ENDING BALANCE - (DOES NOT INCLUDE FINANCE CHARGE DUE) | | | | | 4,107.62 |

THE YEAR TO DATE 2007 INTEREST PAID ON THIS LOAN IS    161.67
THE YEAR TO DATE 2008 INTEREST PAID ON THIS LOAN IS     94.88
*LOAN INTEREST ACCRUES DAILY EVEN IF YOU ARE PAID AHEAD. CONTINUED PAYMENTS WILL REDUCE THE TOTAL COST OF YOUR LOAN.
If you have enrolled in Payment Protection Plan, then the "Other Charges" column will reflect the amount of your payment applied to the fee

### EveryDay Checking Account

Joint Owner--NONE

| Date | Description | Amount | Balance |
|---|---|---|---|
| | | | 14.55 |
| 01-26 | BEGINNING BALANCE | 0.01 | 14.56 |
| 01-31 | DIVIDEND | 192.30 | 206.86 |
| 02-04 | DEPOSIT 02-01-08 FC58 CHARLESTON, S.C. | 122.25 | 329.11 |
| 02-07 | DEPOSIT 02-06-08 FC58 CHARLESTON, S.C. | | |

TROY BASILIO JENKINS

**LOAN PAYMENT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL)

DUE DATE
3/25/2008

| LOAN NUMBER | PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|---|
| | NONE† | |
| | | |
| | | |
| | | |
| TOTAL | $0.00 | |
| | TOTAL | |

MARK "X" TO CHANGE ADDRESS/ORDER ITEMS ON REVERSE

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

20443000749431201000000000000000000000000000000000000000000003



**STATEMENT OF ACCOUNT**

Web site: www.navyfcu.org

TROY BASILIO JENKINS

Page 2 of 5

(Continued from previous page)
## Membership Share Savings-

Joint Owner(s)-- NONE

| Date | Description | Amount | Balance |
|---|---|---|---|
| | FC58 CHARLESTON, S.C. | | |
| 02-11 | DEPOSIT 02-08-08 | 79.20 | 190.87 |
| | FC58 CHARLESTON, S.C. | | |
| 02-11 | WITHDRAWAL BY CASH 02-08-08 | 80.00- | 110.87 |
| | FC58 CHARLESTON, S.C. | | |
| 02-11 | WITHDRAWAL BY CASH 02-11-08 | 80.00- | 30.87 |
| | FC58 CHARLESTON, S.C. | | |
| 02-15 | DEPOSIT 02-15-08 | 143.72 | 174.59 |
| | FC4Z NORTH CHARLESTON SC | | |
| 02-15 | WITHDRAWAL BY CASH 02-15-08 | 20.00- | 154.59 |
| | FC4Z NORTH CHARLESTON SC | | |
| 02-20 | WITHDRAWAL BY CASH 02-19-08 | 20.00- | 134.59 |
| | FC58 CHARLESTON, S.C. | | |
| 02-21 | DEPOSIT 02-20-08 | 53.86 | 188.45 |
| | FC58 CHARLESTON, S.C. | | |
| 02-22 | WITHDRAWAL BY CASH 02-21-08 | 20.00- | 168.45 |
| | FC58 CHARLESTON, S.C. | | |
| 02-25 | WITHDRAWAL BY CASH 02-22-08 | 160.00- | 8.45 |
| | FC58 CHARLESTON, S.C. | | |
| 02-25 | ENDING BALANCE | | 8.45 |

Your account earned $0.05, with an annual percentage yield earned of 1.22%, for the dividend period from 01-01-2008 through 01-31-2008

---

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST) | MI | LAST | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NFCU MEMBER OR JOINT OWNER | | | | |
| CHANGE OF ADDRESS ☐ YES ☐ NO   IF JOINT ACCOUNT, DOES THIS APPLY TO JOINT OWNER(S)? | | | | DAYTIME TELEPHONE NUMBER ( ) |
| | | | | EFFECTIVE DATE (MO., DAY, YR) |

**NAVY FEDERAL Credit Union**
Web site: www.navyfcu.org

**STATEMENT OF ACCOUNT**



Page 5 of 5

From 01-26-08
Through 02-25-08

TROY BASILIO JENKINS

### 2008 Year to Date Federal Income Tax Information
| | | | |
|---|---|---|---|
| SHARE SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.01 | FINANCE CHARGE (NAVCHEK LOC) | 0.00 |

### 2007 Year to Date Federal Income Tax Information
| | | | |
|---|---|---|---|
| SHARE SAVINGS DIVIDENDS | 0.97 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE (NAVCHEK LOC) | 0.00 |

**Disclosure Information**
- The finance charge on NAVchek® Overdraft Protection/Line of Credit begins to accrue on the date an advance is posted.
- The NAVchek Overdraft Protection/Line of Credit balance on which the finance charge accrues is the ending principal balance for each day. It increases as new amounts are advanced and decreases as payments are made and credits are applied.
- To compute the finance charge: Multiply the ending principal balance for each day (including the beginning balance, if applicable) by the daily Periodic Rate to determine the daily interest. Then multiply the daily interest by the number of days that the ending principal balance remains unchanged to determine the interest accrued for that number of days. Repeat this, if necessary, for each different ending principal balance. Add the results for each interim calculation of daily interest to determine the total finance charge. The daily Periodic Rate and the ANNUAL PERCENTAGE RATE are shown in the NAVchek Summary of this statement.

In Cases of Errors or Questions About Your Statement or Electronic Transfers — If you think your statement is inaccurate, or if you need more information on the statement or receipt, contact us toll-free in the US 1-888-842-6328. For toll-free numbers when overseas, visit navyfederal.org/overseas/. To call collect internationally 1-703-255-8837. You can telephone us, but doing so will not preserve your rights. By mail, write to, Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000; or by fax, 1-703-206-4244. NOTE: We *must* hear from you no later than *60 days* after we sent you the *first* statement on which the error/problem appeared. We will investigate your inquiry promptly and make any necessary adjustment(s). You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If we take more than 10 days in resolving an electronic transfer inquiry, we will recredit your account for the amount in question so that you will have access to the funds during the time of our research.

When contacting us, please provide:
- Your name and account number
- Dollar amount of the transaction in question
- A detailed description of the discrepancy (including dates) reflected on the statement.