# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY B. JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-00057 (RMU) |
| v. | ) | ECF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Megan M. Weis, Special Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special Assistant United States Attorney, as counsel for Defendant.

___/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division 555 4th St., NW
Washington, D.C. 20530
(202) 514-5134

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 11th day of August 2008 a true and correct copy of the

above Notice of Substitution of Counsel was sent via first class U.S. Mail, postage pre-paid to:


TROY B. JENKINS <u>pro se</u>
1409 Lenevar Drive West
Charleston, SC 29407



___/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C.  20530